United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Roy Gutierrez Pereira, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-4441 |
| | § | |
| Martin Frink, et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

On July 14, 2026, Petitioner, Roy Gutierrez Pereira, filed a Motion for Voluntary Dismissal (docket no. 6) stipulating to the voluntary dismissal of this action against all named Defendants .

It is, therefore, **ORDERED** that Petitioner's Motion for Voluntary Dismissal (docket no. 6) is **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 15th day of July, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE